# United States Court of Appeals
## For the First Circuit

No. 05-2256

UNITED STATES,

Appellee,

v.

DEREK CAPOZZI,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on May 23, 2007 is amended as follows:

Page 4, line 15:

Paul A. Decologero should be Paul A. DeCologero